UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.3:21-CR-38 |
| V. ) | |
| ) | |
| ) | |
| BENJAMIN CARPENTER ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an initial appearance on an indictment. Assistant United States Attorney Casey Arrowood was present representing the government. Federal Defender Benjamin Sharp was present on behalf of the Defendant. The government moved for detention. A detention hearing will be scheduled at a later time. The defendant acknowledged and agreed that she would remain in detention. The defendant shall be held in custody by the United States Marshal until the detention hearing, and produced for the above scheduled hearing.

ENTER:

s/ Bruce Guyton
Bruce Guyton
UNITED STATES MAGISTRATE JUDGE