IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.: 3:21-CR-38-KAC-DCP |
| | ) | |
| BENJAMIN ALAN CARPENTER | ) | |

## MOTION TO DISMISS THE INDICTMENT
## DUE TO THE DEFENDANT BEING ENTRAPPED AS A MATTER OF LAW

The Defendant, Benjamin A. Carpenter, pro se, humbly moves the Court for an Order dismissing the one-count Indictment, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, due to entrapment as a matter of law. In support thereof, the Defendant respectfully submits the accompanying memorandum and collection of main points attached as Exhibit A to the memorandum.

Respectfully submitted this 22nd day of February 2022.


/s/ Benjamin A. Carpenter
BENJAMIN A. CARPENTER