UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:21-CR-38-KAC-DCP |
| BENJAMIN ALAN CARPENTER, | ) ) ) | |
| Defendants. | ) | |

## ORDER

On October 19, 2023, a jury convicted Defendant of attempting to provide material support and resources to a foreign terrorist organization, in violation of 18 U.S.C. § 2339B(a)(1) [*See* Doc. 190]. On November 1, 2023, Defendant filed a "Renewed Motion for Judgment of Acquittal" [Doc. 199]. The Court denied that Motion on December 6, 2023 [Doc. 205]. The Court **SETS** Defendant's sentencing hearing for **Thursday, May 9, 2024 at 2:30 P.M.** *See* Fed. R. Crim. P. 32(b); E.D. Tenn. L.R. 83.9.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge