# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 3, 2026

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**

Mar 04, 2026

KELLY L. STEPHENS, Clerk

Re:  Benjamin Alan Carpenter
v. United States
No. 25-6946
(Your No. 24-5656)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 27, 2026 and placed on the docket March 3, 2026 as No. 25-6946.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst